**BROOKS PIERCE**
FOUNDED 1897

2000 RENAISSANCE PLAZA
230 NORTH ELM STREET
GREENSBORO, NC 27401

T 336.373.8850
F 336.378.1001
WWW.BROOKSPIERCE.COM

January 4, 2016

The Honorable Patricia S. Connor
Clerk, United States Court of Appeals
 For the Fourth Circuit
1100 East Main Street, 5th Floor
Richmond, Virginia 23219-3517

        Re:    Wann Van Robinson et al., Plaintiffs-Appellees; Jason Clint Worley, Defendant-Appellant and Bruce Magers, Trustee
             Case No. 15-2346

Dear Ms. Connor:

    This is to advise you and the Court that January 5, 2016 will be my last day with the Brooks Pierce law firm. I am writing to have the Court withdraw me from representation of Jason Clint Worley in the above matter. Jeffrey E. Oleynik will remain counsel of record for Mr. Worley and previously entered his appearance in this matter.

    Thank you for your cooperation in this matter.

                      Sincerely,

                      Rebecca L. Cage

cc:    Jeffrey E. Oleynik, Esq.
        Rayford K. Adams, III, Esq.
        R. Scott Adams, Esq.